UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ABRAHAM SHREM, on behalf of himself
and all other similarly situated,

                Plaintiff,

  -against-

ARCADIA RECOVERY BUREAU, LLC.,

            Defendant.

------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 28 2017 ★

BROOKLYN OFFICE

STIPULATION OF DISMISSAL
17 CV 05347

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ARCADIA RECOVERY BUREAU, LLC, with prejudice and without costs to any party.

ABRAHAM SHREM

_Daniel Cohen_

DANIEL COHEN, ESQ.
DANIEL COHEN, PLLC
407 Rockaway Avenue,
Brooklyn, New York 11212
*Attorney for Plaintiff*

ARCADIA RECOVERY BUREAU

_____

ARTHUR SANDERS, ESQ.
BARRON & NEWBURGER, P.C.
30 South Main Street
New City, NY 10956
*Attorney for Defendant*

So Ordered.

s/ RJD

12/28/17